899 A.2d 352

**SOCIETY CREATED TO REDUCE URBAN BLIGHT (SCRUB), Mary Cawley Tracy, Councilman David Cohen, Carol Sander, and Bridesburg Civic Assoc., Appellees,**

v.

**ZONING HEARING BOARD OF ADJUSTMENT OF THE CITY OF PHILADELPHIA, Appellee,**

**and**

**Arsenal Business Center and Clear Channel Outdoor f/k/a Eller Media., Appellants.**

Supreme Court of Pennsylvania.

June 19, 2006.

David L. Braverman, Esq., Robert C. Daniels, Esq., Philadelphia, for Arsenal Business Center.

304

Glenn Aaron Weiner, Esq., Carl S. Primavera, Esq., Philadelphia, for Clear Channel Outdoor, f/k/a Eller Media.

Samuel C. Stretton, Esq., West Chester, for S.C.R.U.B., Tracy, M.C., Cohen, D., Councilman, Sander and Bridesburg Civic Association.

Cheryl L. Gaston, Esq., Philadelphia, for Zoning Bd. of Adj. of City of Phila., and City of Phila.

BEFORE: CAPPY, C.J., and CASTILLE, NEWMAN, SAYLOR, EAKIN, BAER, and BALDWIN, JJ.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of June, 2006, the above-captioned appeal is hereby dismissed as having been improvidently granted.